# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
2008 AUG -1 PM 3:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

THOMAS RISENHOOVER,
Plaintiff
A T & T MOBILITY LLC, and CINGUAR WIRELESS and DOES 1 through 50, inclusive,
Defendant

Civil Action No. '08 CV 1401 W NLS

**Summons in a Civil Action**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. SAMUEL HAMRICK, JR.
Name of clerk of court

Date: AUG - 1 2008

J. PARIS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com